**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In the Interest R. M. B and G. R. B., children v. Department of Family and Protective Services

Appellate case number:    01-14-00495-CV

Trial court case number:   2013-02934J

Trial court:               313th District Court of Harris County

This appeal involves the termination of the parent-child relationship. As such, this Court is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. (West Supp. 2012).

The clerk's record was due in this case on June 30, 2014. *See* TEX. R. APP. P. 35.1. On July 7, 2014, the Clerk of this Court provided notice to the Harris County District Clerk that the clerk's record was late and provided the district clerk with a deadline of March July 17, 2014 for filing the clerk's record, requesting an extension of time, or providing a reason why the district clerk was not obligated to file the clerk's record. The Harris County District Clerk failed to respond to said notice.

Therefore, the district clerk is **ORDERED** to file the record within 10 days of the date of this order, or the district clerk may be ordered to appear and show cause as to why the record has not been filed. **No extensions of time will be granted.**

It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                 ☒ Acting individually    ☐ Acting for the Court

Date: July 31, 2014